

**NUMBER 13-16-00013-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JESUS GONZALEZ,                                                          Appellant,

v.

THE STATE OF TEXAS,                                                       Appellee.

**On appeal from the 404th District Court
of Cameron County, Texas.**

# ORDER TO FILE APPELLATE BRIEF

**Before Chief Justice Valdez and Justices Rodriguez and Benavides
Order Per Curiam**

This cause is currently before the Court on appellant's third motion for extension of time to file the brief. The reporter's record was filed on May 5, 2016, and appellant's brief was originally due to be filed thirty days thereafter. *See* Tex. R. App. P. 38.6(a). This Court has previously granted appellant two extensions of time totaling 120 days to file the

brief, and appellant now seeks an additional 60 days, until December 2, 2016, to file the brief.

The Court GRANTS appellant's third motion for extension to file the brief and ORDERS the Honorable Alfredo Padilla to file the brief on or before December 2, 2016. The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter. No further extensions will be granted absent exigent circumstances. If counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. *See id.* R. 38.8(b)(4).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
6th day of October, 2016.